## UNITED STATES DISTRICT COURT            EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:06-CR-04 |
| | § | |
| ANTHONY JOHNSON | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation of the United States magistrate judge regarding defendant's competency for trial.  No objections to the report and recommendation have been filed.

Having conducted an independent review, the court concludes that the defendant is competent to stand trial because he is able to understand the nature and consequences of the proceeding against him, and able to assist his attorney in his defense.  It is therefore

**ORDERED** the report and recommendation of the United States magistrate judge on defendant's competency to stand trial is **ADOPTED**.  It is further

**ORDERED** that defendant Anthony Johnson is competent to stand trial.

SIGNED at Beaumont, Texas, this 20th day of June, 2006.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE